UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

    Plaintiff,

-against-

NEW YORK STATE COMPTROLLER OFFICE,

    Defendant.



18-CV-0761 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint status letter (Dkt. No. 50) and granted their request for an extension of fact discovery. (Dkt. No. 52.) The parties having raised no other scheduling or discovery issues requiring court intervention, the status conference for February 12, 2020, will be held telephonically. Counsel for defendant is directed to call chambers, (212) 805-0228, a few minutes before 10:00 a.m., with all parties on one line.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
       February 7, 2020

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**