UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

        Plaintiff,

-against-

NEW YORK STATE COMPTROLLER OFFICE,

        Defendant.

18-CV-0761 (PAE) (BCM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict in the Court's calendar, the telephonic conference scheduled for February 12, 2020 at 10:00 a.m. will commence at 10:30 a.m. Defendant's counsel is directed to call chambers a little before 10:30 a.m. with all parties on one line.

Dated: New York, New York
      February 10, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**