UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

   Plaintiff,

 -against-

NEW YORK STATE COMPTROLLER OFFICE,

   Defendant.

18-CV-761 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

 In light of the ongoing national public health emergency, the status conference scheduled for **April 9, 2020, at 11:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

  Call in number:  888-557-8511
  Access Code:   7746387

 The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
    March 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**