UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

    Plaintiff,

-against-

NEW YORK STATE COMPTROLLER OFFICE,

    Defendant.

18-CV-0761 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated April 2, 2020 (Dkt. No. 68), updating the Court on the status of discovery in this action. The letter notes that plaintiff filed a copy of certain written discovery responses on ECF on February 28, 2020. (Dkt. No. 60.) Those responses contain personal information, including plaintiff's social security number, in violation of Fed. R. Civ. P. 5.2(a). It is therefore ORDERED that Dkt. No. 60 be SEALED.

Plaintiff is reminded, once again, that there is no reason to file *any* discovery demands or responses on ECF, unless and until such materials are the subject of a discovery motion pursuant to Local Civil Rule 37.2 or are submitted in support of or in opposition to any other motion.

The Clerk of Court is respectfully directed to electronically seal Dkt. No. 60, rendering it accessible to the parties and the Court only.

Dated: New York, New York
      April 3, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**