

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

        Plaintiff,

    -against-

NEW YORK STATE COMPTROLLER OFFICE,

        Defendant.

18-CV-761 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter dated December 21, 2020 (Dkt. No. 102), defendant notes that plaintiff missed his December 14, 2020 deadline to file opposition papers to defendant's motion for summary judgment (Dkt. No. 84), and requests that the Court grant its motion as unopposed. In light of plaintiff's pro se status, the request is DENIED.

    The Court previously granted plaintiff one 30-day extension of the deadline to file his opposition papers. (Dkt. Nos. 99, 101.) The Court now grants plaintiff a further extension, until **January 8, 2021**, to file his papers in opposition to defendant's summary judgment motion. NO FURTHER EXTENSIONS OF PLAINTIFF'S OPPOSITION DEADLINE WILL BE GRANTED. Defendant shall file its reply papers, if any, by **January 22, 2021**.

Dated: New York, New York
       December 22, 2020

                            **SO ORDERED**.

                            **BARBARA MOSES**
                            United States Magistrate Judge