UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLUSEYI ADENIJI,

                        Plaintiff,                      18 **CIVIL** 761 (PAE) (BCM)

              -against-                      **JUDGMENT**

NEW YORK STATE OFFICE OF THE
STATE COMPTROLLER,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, the Court accepts and adopts Judge Moses's July 21, 2021 Report and recommendation. OSC's motion for summary judgment is granted.

**Dated:**  New York, New York
         August 31, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                **BY:**
                                                      **Deputy Clerk**